IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANTOS V. HERNANDEZ, § <br> (County Jail #AE8672) § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> CORRECTIONAL DEPARTMENT § <br> STAFF, et al., § <br> § <br> Defendants. § | CIVIL ACTION H-19-1392 |

**MEMORANDUM AND OPINION**

Plaintiff, an inmate of the Wichita Falls County Jail brings this action against Texas jail officials who reside in Wichita Falls County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Wichita Falls County Jail, where he is confined and which is located in Wichita Falls County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Northern District of Texas, Wichita Falls Division. 28 U.S.C. §§ 1391, 1404(a).

The plaintiff's motion to proceed in forma pauperis, (Docket Entry No. 2), is DENIED without prejudice to reconsideration following transfer.

SIGNED at Houston, Texas, on ___April 22___, 2019.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2019\19-1392.a01.wpd